UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN SHAPIRO,                                )
1712 I Street NW                             )
Suite 915                                    ) Judge _____
Washington, D.C. 20006                       ) Civil Action No. _____
                                             )
          PLAINTIFF                          )
     vs.                                     )
                                             )
                                             )
DEPARTMENT OF JUSTICE,                       )
950 Pennsylvania Ave., NW                    )
Washington, D.C. 20530-0001                  )
                                             )
          DEFENDANT                          )
                                             )
                                             )
_____)

# COMPLAINT

## THE PARTIES

1.  Plaintiff Ryan Shapiro is a citizen of California residing in Santa Cruz.

2.  Mr. Shapiro is a Ph.D. candidate and historian of transparency in the Program in History, Anthropology, & Science, Technology, and Society (HASTS) at the Massachusetts Institute of Technology. Shapiro's research and analysis have been featured in, among numerous other outlets, *The New York Times, The Washington Post, The Los Angeles Times, The Wall Street Journal, The Associated Press, U.S. News & World Report, Agence France-Presse, Politico, Business Insider, NPR, BBC, The Nation, The Guardian, Mother Jones, Democracy Now!, Wired, The Hill, McClatchy DC,*

1

*PolicyMic, Fox News, The Daily Caller, Salon, Vice News,* and *The Afro-American.*

Additionally, Shapiro has been invited to present lectures pertaining to his research at numerous leading institutions, including Harvard Law School, Yale Law School, the City University of New York Law School, the Kennedy School of Government at Harvard University, Stanford University, the National Institutes of Health (NIH), and the Max Planck Institute for the History of Science (Berlin).

      3.      The Department of Justice ("DOJ) is an agency of the United States.

      4.      The Office of the Solicitor General ("OSG") an office within DOJ. The OSG has possession, custody and control of the records Plaintiff seeks.

## JURISDICTION AND VENUE

      5.      This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

      6.      This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

      7.      Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## BACKGROUND

      8.      The requested documents are the "change pages" of the United States Supreme Court and other records constituting, or referring or relating to changes between versions of Supreme Court opinions or changes to published Supreme Court opinions.

9. Mr. Shapiro intends to analyze these documents and disseminate the information contained within the documents in order to facilitate significant expansion of public understanding of government operations.

10. Plaintiff incorporates by reference each of the documents referred to in this Complaint.

## PLAINTIFF'S FOIA REQUESTS

11. On June 6, 2014, Mr. Ryan Shapiro submitted a FOIA request to the OSG requesting "disclosure of any and all records that were prepared, received, transmitted, collected and/or maintained by the Department of Justice, including but not limited to the Office of the Solicitor General, constituting, or referring or relating to: 1) The "change pages" of the United States Supreme Court 2) Other records constituting, or referring or relating to changes between versions of Supreme Court opinions, or changes to published supreme court opinions, including but not limited to erratum."

12. On August 13, 2014, Mr. Shapiro emailed the OSG's general FOIA email address to highlight that over two months had passed since his June 6, 2014 FOIA request without any acknowledgement. In his email, Mr. Shapiro asked for confirmation that the OSG had received his FOIA request, a status update on his FOIA request, and an estimated date of completion his FOIA request. Mr. Shapiro did not receive any response to this email.

13. On September 12, 2014, Mr. Shapiro called the OSG's general FOIA phone number and spoke with a staff member in the OSG FOIA office in regards to his

June 6, 2014 FOIA request. The staff member told Mr. Shapiro that OSG is a very small office with a large FOIA backlog, and that the OSG has to clear the old FOIA requests before they can process the new ones. Mr. Shapiro was told that his June 6, 2014 FOIA request was still in the queue and that the OSG would need approximately three more months before they could make a final determination.

14. On March 17, 2016, Mr. Shapiro emailed the OSG's general FOIA email address to explain that he had still not received even an acknowledgment of his June 6, 2014 FOIA request from the OSG. Mr. Shapiro noted that he had emailed a follow up letter on August 13, 2014 and placed a phone call to the OSG FOIA office on September 12, 2014 and he still had not received an acknowledgment letter for his FOIA request, much less an estimated date of completion or substantive processing of his FOIA request.

15. As of the filing of this Complaint, Mr. Shapiro has not received any documents in response to his FOIA request to the OSG.

16. Under 5 USC § 552(a)(6)(C)(i), Mr. Shapiro is deemed to have exhausted his administrative remedies with regard to his FOIA requests to the OSG.

17. Mr. Shapiro exhausted his administrative remedies with regard to his request.

COUNT I:
VIOLATION OF FOIA
(All Defendants)

18. This Count realleges and incorporates by reference all of the preceding paragraphs.

19. The OSG has violated FOIA by failing to provide an estimated date of completion.

20. The OSG has violated FOIA by failing to produce responsive records.

21. Plaintiff has been and will continue to be irreparably harmed until Defendants are ordered to comply with Plaintiff's FOIA requests.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendants' failure to comply with FOIA to be unlawful;

(2) Enjoin Defendants from continuing to withhold the records responsive to Plaintiff's FOIA requests and otherwise order Defendant to produce the requested records without further delay, on an expedited basis and without requiring payment of fees;

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i); and

(4) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

\_\_/s/ Timothy Pezzoli\_\_
Timothy Pezzoli
D.C. Bar #1019028
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 223-5318

\_\_/s/ Caleb Medearis\_\_
Caleb Medearis

D.C. Bar #1005309
1712 Eye Street NW
Suite 915
Washington, DC 20006
(202) 810-3849

*Counsels for Plaintiff*